THE PEOPLE v. CHARLES A. STICKNEY.

*Examination as to plea of guilty.*

An examination of a respondent in a criminal case to ascertain whether his plea of guilty is voluntary is not sufficient if the trial judge conducts it in the presence of officers of the court and other persons.

Error to Mecosta. (Fuller, J.) Jan. 19.—Jan. 19.

EMBEZZLEMENT. Respondent brings error. Reversed; prisoner discharged.

PER CURIAM. Information for embezzlement. The respondent pleaded guilty. The judge receiving the plea examined the respondent to ascertain whether the plea was voluntary, but the examination was in the presence of the officers of the court and other persons. Sentence having been passed—

*Blanchard & Cagwin* for respondent, to the point that this examination was not sufficient, referred to Public Acts of 1875 p. 140; *Edwards v. People* 39 Mich. 760; *Clark v. People* 44 Mich. 308.

Attorney-General *Jacob J. Van Riper* concurred in this view, and

THE COURT ordered the judgment reversed and the respondent discharged.